ELLEN F. ROSENBLUM
Attorney General
DREW K. BAUMCHEN  #045032
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Drew.Baumchen@doj.state.or.us

Attorneys for Defendants Department of Human Services, Patrick Strickland, Kendra Williams, and Alicia Reynolds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TORIANDRE T. GIVENS, | Case No.  3:22-cv-00772 |
| Plaintiff, | NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983 |
| v. | |
| DELORISE LAWSON, JOHNNY LAWSON, DEPARTMENT OF HUMAN SERVICE: ALBERTA BRANCH, PATRIC STRICTLAND, KENYA WILLIAMS, ALICIA REYNOLDS, | |
| Defendants. | |

PLEASE TAKE NOTICE that the civil case of the above captioned case *Toriandre T. Givens v. Delorise Lawson, et al.*, Multnomah County Circuit Court Case No. 21CV36052 is hereby removed to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. § 1331 and 1446.  The ground for removal is as follows:

1. On May 2, 2022, plaintiff filed his amended complaint in Multnomah County Circuit Court, Case No. 21CV36052.  Pursuant to 28 U.S.C. § 1446(a), a copy of the complaint is attached as **Exhibit 1**.

Page 1 -   NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983
    DB7/bs4/

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

2. The complaint states a claim which asserts a question of federal law.

3. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon plaintiff and the co-defendants and a copy has been e-filed with the Multnomah County Circuit Court.

WHEREFORE, the above captioned case is removed from the Multnomah Circuit Court and to the U.S. District Court for the District of Oregon.

DATED May  27 , 2022.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Drew K. Baumchen*
    DREW K. BAUMCHEN #045032
    Senior Assistant Attorney General
    Trial Attorney
    Tel (503) 947-4700
    Fax (503) 947-4791
    Drew.Baumchen@doj.state.or.us
    Of Attorneys for Defendants Department of Human Services, Patrick Strickland, Kendra Williams, and Alicia Reynolds

Page 2 -    NOTICE OF REMOVAL OF ACTION UNDER 42 U.S.C. 1983
    DB7/bs4/

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791